IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| EDWIN ARTHUR METZGER, JR., | ] |
| Petitioner, | ] |
| vs. | ] CIVIL ACTION NO. 06-RRA-1329-W |
| WARDEN WILLIE ROWELL and THE ATTORNEY GENERAL FOR THE STATE OF ALABAMA, | ] |
| Respondents. | ] |

### ORDER

In accordance with the Memorandum Opinion entered contemporaneously herewith, the petition for a writ of habeas corpus is hereby **DISMISSED**. Costs are taxed to the petitioner.

Done this 6th day of January 2009.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
153671